JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ABILITIES CLUB, et al., | ) NO. SA CV 19-1860 FMO (JDEx) |
|---|---|
| Plaintiffs, | ) |
| v. | ) **JUDGMENT** |
| 300 SOUTH MONTE VISTA PROPERTIES, LLC, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 17th day of January, 2020.

                                                        /s/
                                  Fernando M. Olguin
                              United States District Judge